McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
  *sean.cortney@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant CSAA General
Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIELA MARTINEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>CSAA GENERAL INSURANCE<br>COMPANY, a foreign corporation,<br><br>       Defendants. | Case No. 2:26-cv-01115-JAD-MDC<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

The parties, by and through their council of record, hereby stipulate to continue the hearing set for Plaintiff's Motion to Remand [ECF No. 6] and Defendant's Motion to Dismiss [ECF No. 3]. The hearing is presently set for June 10, 2026, at 1:30 p.m. The parties stipulate to continue the hearing until July 1, 2026.

Plaintiff's counsel, Michael McAvoy-Amaya, unexpectedly needed to travel out-of-state to Texas on June 9, 2026, to respond to a family emergency involving his father, who is being moved to hospice.

This request is made in good faith and for good cause and not for the purpose of delaying this case.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

I certify that Artificial Intelligence was not used to prepare the foregoing document.

DATED this 9th day of June, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By     */s/ Sean E. Cortney*

JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
PAMALA McGAHA, ESQ.
Nevada Bar No. 8181
SEAN E. CORTNEY, ESQ.
Nevada Bar No. 16218
Attorneys for Defendant CSAA General Insurance Company

DATED this 9th day of June, 2026

MCAVOY-AMAYA & REVERO ATTORNEYS

By     */s/ Michael McAvoy-Amaya*

MICHAEL McAVOY-AMAYA, ESQ.
Nevada Bar No. 14082
Attorney for Plaintiff Mariela Martinez

**ORDER**

IT IS SO ORDERED that hearing presently set for June 10, 2026 at 1:30 p.m. shall be continued upon stipulation of the parties to July 15, 2026, at 1:30 p.m.

 

UNITED STATES DISTRICT JUDGE

16302618.2

Case No. 2:26-cv-01115-JAD-MDC

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113