McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
*pamela.mcgaha@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
*sean.cortney@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIELA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | Case No. 2:26-cv-01115-JAD-MDC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**<br><br>ECF No. 24 |

IT IS HEREBY STIPULATED by Plaintiff MARIELA MARTINEZ, by and through her counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant with the parties to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

I certify that Artificial Intelligence was not used to prepare the foregoing document.

DATED this 4th day of September, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By *<u>/s/ Jonathan W. Carlson</u>*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
PAMALA McGAHA, ESQ.
Nevada Bar No. 8181
SEAN E. CORTNEY, ESQ.
Nevada Bar No. 16218
Attorneys for Defendant CSAA General Insurance Company

DATED this 4th day of September, 2026

MCAVOY-AMAYA & REVERO ATTORNEYS

By *<u>/s/ Timothy E. Revero</u>*
MICHAEL McAVOY-AMAYA, ESQ.
Nevada Bar No. 14082
TIMOTHY E. REVERO, ESQ.
Nevada Bar No. 14603
Attorney for Plaintiff Mariela Martinez

**ORDER**

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: September 10, 2026